JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANCASTER,<br><br>Petitioner,<br><br>v.<br><br>KIM HOLLAND, Warden,<br><br>Respondent. | Case No. CV 15-5496-KES<br><br><br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 12, 2016

*Karen E. Scott*

Hon. Karen E. Scott
United States Magistrate Judge